of Commerce of United States, 239 App. Div. 447; affd., 264 N. Y. 522; *Bradley* v. *Village of Union*, 164 id. 565) and she cannot now complain. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

## (February 9, 1942.)

MAMIE C. BROWN and Another, Appellants, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

THE DIME SAVINGS BANK OF BROOKLYN, Respondent, v. HERBERT BERRI and Others, Defendants, and PUTNAM THEATRICAL CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

HENRY C. EICHACKER, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

HENRY C. EICHACKER, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.— In view of the decision in *Eichacker* v. *New York Telephone Co.* (*ante*, p. 957), decided herewith, the motion to dispense with printing and for other relief is dismissed, without costs. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

LAWRENCE J. GALLAGHER, Individually and as a Stockholder of the NEW YORK DOCK COMPANY, Appellant, v. NEW YORK DOCK COMPANY and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

GEDEX REALTY CORPORATION, Appellant, v. CITY OF WHITE PLAINS and WILLIAM A. BRENNAN, as Commissioner of Public Safety of the City of White Plains, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Application of FRANK H. INNES, as District Attorney of Richmond County, Appellant, against THOMAS F. COSGROVE, as County Judge of Richmond County, and CARL A. RICHTER, Respondents.— Motion to add the Attorney-General as a party petitioner denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Application of KEARN J. MULLEN, as Foreman of the Grand Jury for the September, 1940, Term of the County Court, Appellant, for an Order Adjudging JOHN J. HALLERAN, Respondent, Guilty of Contempt of Court.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. The appellant has mistaken his remedy. Under the facts here present an appeal will not lie from an order dismissing a petition to punish for criminal contempt. The remedy is by certiorari. (*Matter of Douglas* v. *Adel*, 269 N. Y. 144; *People ex rel. Taylor* v. *Forbes*, 143 id. 219.) Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.

DAVID KRASILOVSKY, Respondent, v. KRASILOVSKY BROS. TRUCKING CORP., Appellant.— Motion for leave to appeal to the Court of Appeals and for other relief denied, without costs. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.